

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2015

No. 04-14-00269-CV

Andrea **COLLIE**,
Appellant

v.

**IBEX STAFFING SOLUTIONS, INC.** and Pronto General Agency, Ltd. d/b/a Pronto
Insurance,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 376802
Honorable Tina Torres, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

The Appellant's Motion for Extension of Time to File Rehearing is GRANTED. The motion for rehearing is due on April 16, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court